UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Yohandry Del Rio

Debtor /

Case No. 17-16694-RAM

Chapter 13

**DEBTOR'S NOTICE OF VOLUNTARY DISMISSAL**

Comes now, **Yohandry Del Rio,** ("Debtor") by and through the undersigned counsel files this Debtor's Notice of Voluntary Dismissal of his Chapter 13 Bankruptcy Voluntary Petition.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Debtor's Voluntary Dismissal of Case was emailed to via ECF to the parties registered to receive electronic notices and to all creditors in the attached service list on this 2nd day of October, 2017.

**Respectfully Submitted,**
**Del Pino Law Firm**
**Attorney(s) for debtor**
**900 W. 49th Street, Suite 422**
**Hialeah Florida 33012**
**P. (305) 362.6277**
**F. (888) 327.2399**
**mail@delpinolaw.com**

**/s/ Haven Del Pino**
**Haven Del Pino, Esq.**
**Florida Bar No. 88606**

**Verified By: Yohandry Del Rio**